Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 63568.—Frederik Lunning, Inc. *v.* United States, protests 59/13572 and 59/16353 (New York).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 63569.—Hartz Mountain Products *v.* United States, protest 59/6941 (New York).

Opinion by Donlon J.   The protest was dismissed for lack of prosecution.

No. 63570.—Rohner, Gehrig & Co., Inc. *v.* United States, protest 59/8601 (New York).

Opinion by Donlon, J.   The protest was dismissed for lack of prosecution.

No. 63571.—Castletown Liquor Distributors et al. *v.* United States, protests 119691–K/454, etc. (Chicago).

Opinion by Richardson, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 63572.—Canada Dry Ginger Ale, Inc. *v.* United States, protests 312596–K, etc. (Boston).

Opinion by Richardson, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.